**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Piknick Kafe, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Horizon Cafe <br> DBA  Picknick Kafe, Inc. <br> DBA  Nicky Street Urban Grille <br> DBA  Nicky Street Pub & Eatery |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 30-0256160 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3805 N Broadway <br> Chicago, IL 60613 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Piknick Kafe, Inc. | | Case number (*if known*) | |
|--------|--------------------|--|--------------------------|--|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|--|----------------------|------------------|-------------------------|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|--|--------------------|--|--------------------------|
| | District _____ | When _____ | Case number, if known _____ |

Debtor   Piknick Kafe, Inc.
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Piknick Kafe, Inc.
   Name

Case number (if known)

---

█ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  4, 2018
                 MM / DD / YYYY

**X** /s/ Nickolas J Cocalis                        Nickolas J Cocalis
   Signature of authorized representative of debtor          Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ C. DEAN MATSAS                Date   January  4, 2018
   Signature of attorney for debtor                      MM / DD / YYYY

C. DEAN MATSAS
Printed name

C. DEAN MATSAS & ASSOCIATES
Firm name

5153 N. BROADWAY
CHICAGO, IL 60640
Number, Street, City, State & ZIP Code

Contact phone                 Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name    Piknick Kafe, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  4, 2018     **X** /s/ Nickolas J Cocalis
                                  Signature of individual signing on behalf of debtor

                                    Nickolas J Cocalis
                                    Printed name

                                    President
                                    Position or relationship to debtor

1/04/18  5:27PM

**Fill in this information to identify the case:**

Debtor name      Piknick Kafe, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................   $ _____0.00

    **1b. Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................   $ _____1,900.00

    **1c. Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................   $ _____1,900.00

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____8,143.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____987,149.00

4.  Total liabilities .............................................................................................................
    Lines 2 + 3a + 3b                                                             $ _____995,292.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Piknick Kafe, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)             

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

     7.1.   Byline Bank            $1,600.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                          $1,600.00
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Piknick Kafe, Inc. | Case number *(If known)* | |
|--------|-------------------|---------|---|
| | Name | | |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|--------------------|----------------|----------------|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Restaurant equipment and supplies, e.g., baskets, plates, tables, misc. furniture and utensils. Debtor's accountant may have depreciation schedule for debtor's assets; said accountant in identified in SOFA. | $0.00 | | $300.00 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $300.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|--------------------|----------------|----------------|

| Debtor | Piknick Kafe, Inc. | Case number *(If known)* | |
|--------|------|--------|---|
| | Name | | |

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Alarm equipment | Unknown | Unknown |
| Rugs, runners, locker and waste bin services | Unknown | Unknown |
| Dishwasher lease | Unknown | Unknown |
| Telecommunication equipment | Unknown | Unknown |
| Coffee equipment lease | Unknown | Unknown |
| Soda beverage machine and cooler | Unknown | Unknown |

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | Piknick Kafe, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.1. | Debtor is lessee/tenant in commerical business location lease for property located at: 3805 N. Broadway Ave., Chicago, IL; Lessor/landlord is: DLG Management, 3210 N Halsted, #2, Chicago, IL. | | | Unknown | | Unknown |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Piknick Kafe, Inc. | Case number *(If known)* |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,900.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,900.00 |

**Fill in this information to identify the case:**

Debtor name    Piknick Kafe, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** ADT Security Services

Creditor's Name

POB 650485
Dallas, TX 75265

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Prior to Filing
**Last 4 digits of account number**
8754

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Alarm equipment, services provided for restaurant business

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

$586.00    Unknown

---

**2.2** Aramark Uniform Services

Creditor's Name

25269 Network Place
Chicago, IL 60673

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
Prior to Filing
**Last 4 digits of account number**
0156

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Rugs, runners, locker and waste bin services

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$4,944.00    Unknown

---

Debtor  Piknick Kafe, Inc.
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Cintas | Describe debtor's property that is subject to a lien | $1,713.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Dishwasher lease

1201 W. St. Charles Road
Maywood, IL 60153

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
Prior to Filing

**Last 4 digits of account number**
1092

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Comcast | Describe debtor's property that is subject to a lien | $900.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Telecommunication equipment

P.O. BOX 173885
Denver, CO 80217

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
Prior to Filing

**Last 4 digits of account number**
3164

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Java Breez | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

Coffee equipment lease

7650 Industrial Dr.
Forest Park, IL 60130

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    Piknick Kafe, Inc.                                    Case number (if know)
          Name

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
Prior to Filing
**Last 4 digits of account number**
6160

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Pepsi Americas | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|-----|----------------|--------|

Creditor's Name

Pepsi-Cola General Bottlers, Inc.
75 Remittance Dr., Ste. 1884
Chicago, IL 60675
Creditor's mailing address

Soda beverage machine and cooler supplies

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
Prior to Filing
**Last 4 digits of account number**
6160

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $8,143.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|-------------------------------------------------|
|                   |                                                             |                                                 |

**Fill in this information to identify the case:**

Debtor name _____ Piknick Kafe, Inc. _____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS _____

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $169.00 |
|---|---|---|---|

A&R Diagnostic Service, Inc.
8117 Lemont Rd.
#9
Darien, IL 60561

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _Prior to Filing_

**Basis for the claim:** _Equipment repair services for restaurant business._

Last 4 digits of account number _6966_

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Alejandro Sanchez-Resendiz
4643 N Central Park Ave.
Apt. GU
Chicago, IL 60625

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _Prior to Filing_

**Basis for the claim:** _Former Employee of Piknick Kafe, Inc. Potential Worker's
Compensation claim arising from a work related injury._

Last 4 digits of account number _6160_

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,000.00 |
|---|---|---|---|

Andrew Masterson
4343 N Clarendon
Unit 603
Chicago, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _Prior to Filing; 2015_

**Basis for the claim:** _Business loan incurred in operation of Piknick Kafe, Inc._

Last 4 digits of account number _6160_

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,503.00 |
|---|---|---|---|

Askounis & Darcy, P.C.
444 N Michigan
Suite 3270
Chicago, IL 60611

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _Prior to Filing_

**Basis for the claim:** _Attorneys for Pawnee Leasing Co., under case number:
17L010240. Said finance company provided equipment lease to
corporation for restaurant equipment._

Last 4 digits of account number _6160_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Piknick Kafe, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

BANK OF AMERICA
POB 650260
DALLAS, TX 75265

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 8853

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |
|---|---|---|---|

Blue Bridge Financial, LLC
c/o Jack O' Connor
30 N LaSalle, #3000
Chicago, IL 60602

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Factoring loan secured with credit card sales

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

Business GPS
5000 Birch St.
Suite 3000
Newport Beach, CA 92660

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Non-attorney debt negotiator assisted debtor to negotiate debt in calendar year 2016.

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

Capital One
POB 30285
Salt Lake City, UT 84130

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Opened 02/16

**Basis for the claim:** Charge Account; Retaurant business credit card incurred through Piknick Kafe, Inc.

**Last 4 digits of account number** 1599

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.00 |
|---|---|---|---|

Chicago Central
EMER Physicians, LLP
PO BOX 731584
Dallas, TX 75373

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Medical Bill

**Last 4 digits of account number** 0047

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,349.00 |
|---|---|---|---|

Chicago Central
EMER Physicians, LLP
PO BOX 731584
Dallas, TX 75373

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Medical Bill

**Last 4 digits of account number** 1841

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

CITY OF CHICAGO
DEPARTMENT OF REVENUE
POB 88292
CHICAGO, IL 60680

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** City of Chicago restaurant tax incurred in operation of Piknick Kafe, Inc.

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Piknick Kafe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

Credibly
1250 Kirts Blvd.
#100
Troy, MI 48084

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Business loan

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

DLG Management
3210 N. Halsted
#2
Chicago, IL 60657

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Debtor's restaurant business landlord/lessor; outstanding rental arrearage.

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Restaurant supplier

**Last 4 digits of account number** 5147

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,242.00 |
|---|---|---|---|

Express Funding
C/O Mark J. Miceli
8310 17th Ave.
Brooklyn, NY 11214

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Business broker for WG Funding Loan.

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,722.00 |
|---|---|---|---|

Finish Line Capital
c/o Mark S. Litchman
222 N LaSalle, #300
Chicago, IL 60601

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Basis for the claim:** Said financing company is commonly known as a "factoring" finance company, providing loans secured with credit card sales.

**Last 4 digits of account number** 6160

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,152.00 |
|---|---|---|---|

First Data
5565 Glenridge Connector NE
Ste. 2000
Atlanta, GA 30342

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Opened 07/15

**Basis for the claim:** Lease for register equipment, known as: point of sale equipment.

**Last 4 digits of account number** 9000

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Piknick Kafe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86,000.00 |
|---|---|---|---|

Funding Circle
747 Front St.
4th Floor
San Francisco, CA 94111

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _6160_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business loan proceeds utilize in debtor's restaurant business; repayment of loan made through restaurant sales, commonly referred to as a "factoring loan"._

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,000.00 |
|---|---|---|---|

George Cocalis
4412 N River Road, 2W
Schiller Park, IL 60176

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _6160_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business loan_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

Gordon Food Service
1300 Gezon Parkway SW
Grand Rapids, MI 49501

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _0620_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Food products_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Illinois Department of Employment
33 S. State St.
Chicago, IL 60603

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _6160_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _State of Illinois employment payroll taxes incurred in operation of Piknick Kafe, Inc. restaurant business._

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115,000.00 |
|---|---|---|---|

ILLINOIS DEPARTMENT OF REVENUE
POB 64449
CHICAGO, IL 60664

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _6160_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _State of Illinois sale taxes incurred in operation of Piknick Kafe, Inc., restaurant business._

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105,000.00 |
|---|---|---|---|

Jack O'Connor
30 N LaSalle St
Suite 3000
Chicago, IL 60602

**Date(s) debt was incurred** _Prior to Filing_

**Last 4 digits of account number** _6160_

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Attorneys for Blue Bridge Financial, LLC, under case number: 17CV02439._

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   Piknick Kafe, Inc.
_____
Name

Case number (if known)   _____

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
--- | --- | --- | ---

James Hodur
1332 N. Halsted St.
Suite 405
Chicago, IL 60642

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**Basis for the claim:** Potential personal injury matter against restaurant business

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,900.00

Kabbage
925 Beachtree St. NE
Unit 1688
Atlanta, GA 30309

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**Basis for the claim:** Business loan incurred in operation of Piknick Kafe, Inc.

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Kaluzni Brothers
2324 Mound Drove
Joliet, IL 60435

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**Basis for the claim:** Waste grease removal services

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,722.00

Litchman Mark S
222 N LaSalle
#300
Chicago, IL 60601

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**Basis for the claim:** Attorneys for Finishline Capital, Inc., under case number: 17M1123779. Said financing company is commonly known as a "factoring" finance company, providing loans secured with credit card sales.

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Manau Cutlery & Food Equipment
2533 S. Western Ave.
Chicago, IL 60608

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**Basis for the claim:** Cutlery services

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $495.00

Merchants Choice Payment Solutions
PO BOX 8339
Spring, TX 77387

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 3236

**Basis for the claim:** Former merchant credit card processor

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $765.00

NuCO
PO BOX 417920
Boston, MA 02241

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 7971

**Basis for the claim:** Soda gas supplier for restaurant business.

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Piknick Kafe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

NuGrowth Capital FKA IBIS
10 Blue hill Plaza
Suite 1514
Pearl River, NY 10965

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Business loan proceeds utilize in debtor's restaurant business; repayment of loan made through restaurant sales, commonly referred to as a "factoring loan".

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,503.00 |
|---|---|---|---|

Pawnee Leasing Company
c/o Askunis & Darcy, P.C.
444 N Michigan, #3270
Chicago, IL 60611

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Factoring loan secured with credit card sales

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,891.00 |
|---|---|---|---|

People's Gas
Special Projects
130 E. Randolph Drive
Chicago, IL 60601

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 0002

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Reurant business utilities.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.00 |
|---|---|---|---|

People's Gas
Special Projects
130 E. Randolph Drive
Chicago, IL 60601

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 0001

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Reurant business utilities.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Priority Payment Systems
2001 Westside Parkway
#155
Alpharetta, GA 30004

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 0516

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Merchant processor for credit card sales.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,372.00 |
|---|---|---|---|

Republic Services, Inc.
2608 S. Damen
Chicago, IL 60608

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 2729

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Scavenger services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,425.00 |
|---|---|---|---|

RNB Associates
351 N. Congress Ave.
Boynton Beach, FL 33426

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Non-attorney debt negotiator assisted debtor to negotiate debt in calendar year 2016.

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Piknick Kafe, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**

Sysco Chicago, Inc.
250 Wieboldt Drive
Des Plaines, IL 60016

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 9308

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Food products and services for restaurant business.

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

**3.39**

**Nonpriority creditor's name and mailing address**

WG Financing
141 NE 3rd Ave.
Miami, FL 33132

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business loan proceeds utilize in debtor's restaurant business; repayment of laon made through restaurant sales, commonly referred to as a "factoring loan".

Is the claim subject to offset? ■ No ☐ Yes

$38,242.00

---

**3.40**

**Nonpriority creditor's name and mailing address**

Woodforest National Bank
POB 8339
The Woodlands, TX 77387-8339

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business loan

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.41**

**Nonpriority creditor's name and mailing address**

Yelp
Financial District, SoMa
140 New Montgomery St.
San Francisco, CA 94105

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing and promotional services

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.42**

**Nonpriority creditor's name and mailing address**

Zen Reach
1
San Francisco, CA 94129

**Date(s) debt was incurred** Prior to Filing

**Last 4 digits of account number** 6160

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing and promotional services

Is the claim subject to offset? ■ No ☐ Yes

$3,500.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | Priority Capital<br>174 Green Street<br>Melrose, MA 02176 | Line 3.31<br><br>☐ Not listed. Explain ____ | _ |
| **4.2** | World Business Lenders, LLC<br>120 W. 45th St.<br>29th Floor<br>New York, NY 10036 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Piknick Kafe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 987,149.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 987,149.00 |

**Fill in this information to identify the case:**

Debtor name ___Piknick Kafe, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    Alarm equipment<br><br>State the term remaining<br><br>List the contract number of any government contract | ADT Security Services<br>POB 650485<br>Dallas, TX 75265 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    Rugs, runners, locker and waste bin services<br><br>State the term remaining<br><br>List the contract number of any government contract | Aramark Uniform Services<br>25269 Network Place<br>Chicago, IL 60673 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    Factoring loan secured with credit card sales<br><br>State the term remaining<br><br>List the contract number of any government contract | Blue Bridge Financial, LLC<br>c/o Jack O' Connor<br>30 N LaSalle, #3000<br>Chicago, IL 60602 |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    Dishwasher lease<br><br>State the term remaining<br><br>List the contract number of any government contract | Cintas<br>1201 W. St. Charles Road<br>Maywood, IL 60153 |

Debtor 1   Piknick Kafe, Inc.
_____    Case number (if known) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Telecommunication equipment

State the term remaining

List the contract number of any government contract

COMCAST
POB 173885
DENVER, CO 80217

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Restaurant business landlord/lessor

State the term remaining

List the contract number of any government contract

DLG Management
3210 N. Halsted
#2
Chicago, IL 60657

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Credit card factoring finance company

State the term remaining

List the contract number of any government contract

Finish Line Capital
c/o Mark S. Litchman
222 N LaSalle, #300
Chicago, IL 60601

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Coffee equipment lease

State the term remaining

List the contract number of any government contract

Java Breez
7650 Industrial Dr.
Forest Park, IL 60130

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Factoring loan secured with credit card sales

State the term remaining

List the contract number of any government contract

Pawnee Leasing Company
c/o Askunis & Darcy, P.C.
444 N Michigan, #3270
Chicago, IL 60611

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Soda beverage machine and cooler

State the term remaining

List the contract number of any

Pepsi Americas
Pepsi-Cola General Bottlers, Inc.
75 Remittance Dr., Ste. 1884
Chicago, IL 60675

Debtor 1    Piknick Kafe, Inc.

First Name          Middle Name          Last Name

Case number (if known)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Scavenger service, waste bin service contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Republic Services, Inc.
2608 S. Damen
Chicago, IL 60608 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Piknick Kafe, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 Nickolas J. Cocalis | 4412 River Rd. #2W Schiller Park, IL 60176 Sole share holder of debtor | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name ___Piknick Kafe, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $700,000.00 |
   | For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $817,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   COMCAST<br>POB 173885<br>DENVER, CO 80217 | | $850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Debtor    Piknick Kafe, Inc.

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. WG Financing<br>141 NE 3rd Ave.<br>Miami, FL 33132 | | $27,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Loan proceeds utilize for<br>debtor's restaurant business. |
| 3.3. DLG Management<br>3210 N. Halsted<br>#2<br>Chicago, IL 60657 | | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Commercial restaurant<br>lease |
| 3.4. Gordon Food Service<br>1300 Gezon Parkway SW<br>Grand Rapids, MI 49501 | | $6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Cisco<br>170 W. Tasman Dr.<br>San Jose, CA 95134 | | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | $4,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. Aramark Uniform Services<br>25269 Network Place<br>Chicago, IL 60673 | | $1,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. Pepsi Americas<br>Pepsi-Cola General Bottlers, Inc.<br>75 Remittance Dr., Ste. 1884<br>Chicago, IL 60675 | | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | Piknick Kafe, Inc. | Case number *(if known)* | |
|--------|---------------------|--------------------------|--|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Pawnee Leasing Corporation v. Cocalis Nickolas; Picknick Cafe DBA Horizon<br>17 L 010240 | Breach of Contract | Clerk of the Circuit Court Cook County, Illinois | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Finishline Capital, Inc. v. Picknick Kafe, Inc.<br>17 M1 123779 | Breach of Contract | Clerk of the Circuit Court Cook County, Illinois | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Blue Bridge Financial, LLC v. Piknick Kafe, Inc., DBA Horizon Cafe<br>17 CV 02439 | Breach of Contract | Clerk of the Circuit Court Cook County, Illinois | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | Piknick Kafe, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | C. DEAN MATSAS & ASSOCIATES<br>5153 N. BROADWAY<br>CHICAGO, IL 60640 | Attorney Fees | | $2,665.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

Debtor    Piknick Kafe, Inc.

Case number *(if known)*

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|---------------------------|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Piknick Kafe, Inc.                                          Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Life Storage<br>3626 N Broadway Ave.<br>Chicago, IL 60625 | Debtor only | Misc. used restaurant equipment and appliances, eg., pots, pans and obsolete/fully depreciated appliances. | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    Piknick Kafe, Inc.                                    Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
|  |  | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Louis Katzioris<br>Chicago, IL | 8/9/2004 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Louis Katzioris<br>Chicago, IL | 8/9/2004 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   Louis Katzioris<br>Chicago, IL |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Andrew Masterson<br>4343 N Clarendon<br>Unit 603<br>Chicago, IL 60613 |
| 26d.2.   Blue Bridge Financial, LLC<br>c/o Jack O' Connor<br>30 N LaSalle, #3000<br>Chicago, IL 60602 |
| 26d.3.   Credibly<br>1250 Kirts Blvd.<br>#100<br>Troy, MI 48084 |
| 26d.4.   Funding Circle<br>747 Front St.<br>4th Floor<br>San Francisco, CA 94111 |

Debtor   Piknick Kafe, Inc.                                        Case number *(if known)* _____

| Name and address |
|---|
| 26d.5. | Finish Line Capital<br>c/o Mark S. Litchman<br>222 N LaSalle, #300<br>Chicago, IL 60601 |
| 26d.6. | Kabbage<br>925 Beachtree St. NE<br>Unit 1688<br>Atlanta, GA 30309 |
| 26d.7. | NuGrowth Capital FKA IBIS<br>10 Blue Hill Plaza<br>Suite 1514<br>Pearl River, NY 10965 |
| 26d.8. | WG Financing<br>141 NE 3rd Ave.<br>Miami, FL 33132 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nickolas J. Cocalis | 4412 River Rd.<br>2W<br>Schiller Park, IL 60176 | President/Sole share holder of debtor | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>· | Nickolas J. Cocalis<br>4412 River Rd.<br>#2W<br>Schiller Park, IL 60176 | $250 per week | 2017 | Employment Corporation |
| | **Relationship to debtor** | | | |

Debtor    Piknick Kafe, Inc.                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Misc. Employees | $30,000 | 2017 | Employment corporation |
| | **Relationship to debtor** | | | |
| | Employees | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January  4, 2018

/s/ Nickolas J Cocalis                                    Nickolas J Cocalis
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☒ No
- ☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re:   Piknick Kafe, Inc.

                                              Case No.
                              Debtor(s)       Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 2,665.00 |
   | Prior to the filing of this statement I have received | $ | 2,665.00 |
   | Balance Due | $ | 0.00 |

2. $ 335.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1 4 1 8
Date

                              C. DEAN MATSAS
                              Signature of Attorney
                              C. DEAN MATSAS & ASSOCIATES
                              5153 N. BROADWAY
                              CHICAGO, IL 60640

                              Name of law firm

This is a contract between the undersigned (Client) and C. Dean Matsas & Associates. P.C. (Law Office), a debt relief agency that helps people file for bankruptcy relief under the Bankruptcy Code. In this contract the client agrees to pay for these services in the following manner:

## 1. BASIC FEES

Client will pay in full, prior to the petition being filed with the Court, the basic flat fee of: $ 3,000.00
This fee is for time, preparation, scheduling concerns and responsibility involved and covers only the following services, until such time that the petition is discharged, dismissed or withdrawn:

    a.  preparation and filing of voluntary petition for **Chapter 7 bankruptcy**, with no amendments;
    b.  attendance at the *first* creditors meeting at the location officially set by the Court;
    c.  reasonable counsel and advice to the client concerning bankruptcy;
    d.  informational services and reasonable negotiation with creditors included in the petition;
    e.  provision of one copy of the petition and discharge notice, if applicable, to client.

The fee is based upon Client's representation that the number of creditors which will be listed on the petition are between __n/a__ and __n/a__. The fee will not increase, so long as the number of creditors has not changed nor the basic nature of the Client's case or laws governing bankruptcy, prior to filing. Client has been informed that garnishments, lawsuits, wage assignments or other collection matters will proceed until such time that the petition is filed with the Court.

Client is responsible for the Court filing fee and cost of credit report. Any payments provided by the Client shall be applied to the attorney fee if representation terminates prior to filing.

## 2. RESPONSIBILITES OF DEBTOR (Client)

Client agrees to cooperate with the attorney in the preparation of Client's petition and provide complete, accurate and truthful information for each and every question, after reasonable inquiry. Client agrees to provide complete and accurate replacement value of each asset, after reasonable inquiry, to establish said value. Client agrees to keep Law Office informed of changes of address, phone number, etc. Client understands that failure to cooperate with Law Office or to provide prompt, truthful, accurate and complete information may result in the Law Office withdrawing from representation of Client.

Client authorizes Law Office to begin work on his/her petition, accept phone queries from creditors and perform related tasks and scheduling. Client acknowledges that in the event Client is unable or unwilling to file, files and later decides not to proceed, is barred from filing for any reason or Law Office withdraws for Client's failure to fully cooperate in a timely manner, Law Office legal fees for work done, to said date, will remain due.

Client acknowledges that he/she has been specifically instructed to continue making payments to those creditors such as autos and homes for which the Client wishes to retain the collateral or credit. Client acknowledges that he/she has been further informed that the official discharge notice will arrive no sooner than sixty (60) days from the date of the Creditors' Meeting.

Client acknowledges that he/she has disclosed all prior bankruptcy filings to Law Office and those filed within the last eight (8) years are indicated in writing on the bankruptcy petition.

Client acknowledges that he/she has been specifically informed that all Debtors must bring a picture identification and original social security card (or another official document that contains the social security number) to the Creditors' Meeting. Client has been informed that if both these documents are not produced, the Trustee will refuse to proceed with the Meeting.

Client acknowledges that Law Office is relying on Client's representations as to the existence of assets and debts, the secured or unsecured nature of these debts, as well as, answers to all other questions on the petition. Client understands that although multiple conversations with Law Office or staff of Law Office may have occurred prior to the actual preparation of the petition, only the answers appearing on the petition reflect the recollection of Law Office as to such conversations. In the event that this contract or the petition does not accurately reflect the Client's answers or if any representations of Law Office are not accurately reflected on this contract, it is important that the Client not sign these documents until corrections have been made. Client acknowledges that he/she has been given ample opportunity to examine the bankruptcy petition and has thoroughly reviewed all of the pages. Client finds the documents to be complete and truthful to the very best of his/her knowledge and represents that all information, including creditor information, that has been provided to the Law Office is contained in this petition. If any information was given to the Law Office either orally or in writing, Client represents that it is therefore contained in the petition.

Client acknowledges he/she is solely responsible for completing both the credit counseling course and the financial management course as required within time limits set forth in the Bankruptcy Code. Client understands that a Certificate of Completion of Credit Counseling must be obtained before the petition can be filed and that the Court will not issue a discharge in bankruptcy until the client completes the financial management course.

## 3. GENERAL

Client understands that Law Office will not investigate the possible existence of liens against the Client's property or person. The Client understands that if any such liens pre-date the filing of the bankruptcy petition, avoiding such a lien is unlikely and Law Office makes no representation that any such lien can be avoided. Client further understands that Law Office will not undertake any investigation to determine whether certain creditors are secured or unsecured but will instead rely upon representations from Client as to any such security interest. Client is informed that if a creditor is later determined to be secured, a reaffirmation or motion to redeem or avoid the debt will be necessary unless the security is surrendered.

Client understands that based on information provided to Law Office, certain creditors may allege non-dischargeability of debt and understands possible consequences thereof. Client has been informed that debts predating previous filings, educational debts, willful or malicious injury, fines, penalties, alcohol/drug related injuries, tax related debts, fraud, false pretenses, false statements, debts in the nature of alimony/maintenance/support and unlisted or improperly listed creditors, are generally non-dischargeable and Law Office makes no representations that any of those debts are dischargeable. Furthermore Client understands the possible consequences of such allegations that could include not only dismissal but also referral for criminal prosecution. Client further understands that attorney can make no representation as to effect of bankruptcy filing on the credit or credit reports of Client, spouse or any co-Debtors; Law Office has specifically informed client that in certain circumstances, notations may appear on the credit or credit report of spouses or co-Debtors. Law Office suggests that the Client undertake an examination of his/her credit reports soon after filing to determine if credit notations are correct. Credit reporting agencies often make errors and the Client alone is responsible for bringing such errors to the attention of the credit reporting agencies. Client also understands that filing of bankruptcy may have immigration consequences and that if Client is not a United States citizen, he/she is well advised to seek counsel of an immigration attorney prior to proceeding with the Chapter 7 Bankruptcy filing.

Law Office will supply Client with copies of all substantive correspondence and documents concerning his/her matter. Client is advised to secure these documents for future reference. Client may obtain copies of his/her file at additional cost if requested. However, due to storage constraints, Law Office reserves the right to destroy files after seven (7) years and copies may thereafter no longer be available.

Client acknowledges that no guarantees or assurances have been made by Law Office concerning the disposition of the Chapter 7 petition for bankruptcy or concerning when, or if, future credit will be extended to the Client. Any and all comments by Law Office concerning such matters are expressions of opinion only.

The following is a list of possible additional charges/fees that may occur during Client's case. If services are not specifically mentioned under "BASIC FEES" section of this contract, fees will apply. Although Law Office will do its best to inform Client which of these services are likely to occur, this information is only an estimation. This list is not exhaustive and other fees or charges, not listed, may apply.

Client understands that all creditors must be supplied to Law Office by the time that the petition is signed. Client may supplement this list with missing creditors for a short period of time after filing, at which time an additional $150 attorney fee plus $26 filing fee will then apply for the first amended creditor, with an additional fee of $50 for each additional creditor presented for amendment, at the same time. In the event of a missing creditor, client should call Law Office immediately to determine if time for filing an amendment exists. Client agrees to diligently review his/her petition at the time of signing to make sure that all information is correct, complete and understood.

Client understands that only one (1) Creditors' Meeting date is set by the Court and his/her appearance is required. That in the event that Client is unable to attend said Meeting, the trustee may, in his/her discretion, grant additional continuances. In the event of such continuance, an additional $195 attorney fee, per continuance, will be due to Law Office from Client.

Client understands that matters requiring additional court filings or court appearances, including but not limited to, motions to avoid, redeem, withdraw petition, appeals and any contested matters and adversary proceeding(s) are subject to additional fees.

In the event that additional fees do apply, estimated fees will be due prior to the work being performed by Law Office.

**Client has read this Agreement in full and agrees with its terms and representations. Client acknowledges receipt of a copy of this contract, along with additional documents titled, "527(a)(1) disclosure", "527(a)(2) disclosure", "527(b) disclosure" and "statement of Information required by U.S.C. Sec. 341", all of which are attached hereto and made apart hereof this Agreement.**

**We are a debt relief agency. We help people file for relief under the Bankruptcy Code.**

Dated: 11/29/17

_____     _____
Client                               Client

C. Dean Matsas & Associates, P.C.

By: _____
    An Attorney

# United States Bankruptcy Court
## Northern District of Illinois

In re    Piknick Kafe, Inc.

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    62

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    January  4, 2018

/s/ Nickolas J Cocalis

Nickolas J Cocalis/President
Signer/Title

A&R Diagnostic Service, Inc.
8117 Lemont Rd.
#9
Darien, IL 60561


ADT Security Services
POB 650485
Dallas, TX 75265


ADT Security Services
POB 650485
Dallas, TX 75265


Alejandro Sanchez-Resendiz
4643 N Central Park Ave.
Apt. GU
Chicago, IL 60625


Andrew Masterson
4343 N Clarendon
Unit 603
Chicago, IL 60613


Aramark Uniform Services
25269 Network Place
Chicago, IL 60673


Aramark Uniform Services
25269 Network Place
Chicago, IL 60673


Askounis & Darcy, P.C.
444 N Michigan
Suite 3270
Chicago, IL 60611


BANK OF AMERICA
POB 650260
DALLAS, TX 75265


Blue Bridge Financial, LLC
c/o Jack O' Connor
30 N LaSalle, #3000
Chicago, IL 60602

Blue Bridge Financial, LLC
c/o Jack O' Connor
30 N LaSalle, #3000
Chicago, IL 60602


Business GPS
5000 Birch St.
Suite 3000
Newport Beach, CA 92660


Capital One
POB 30285
Salt Lake City, UT 84130


Chicago Central
EMER Physicians, LLP
PO BOX 731584
Dallas, TX 75373


Chicago Central
EMER Physicians, LLP
PO BOX 731584
Dallas, TX 75373


Cintas
1201 W. St. Charles Road
Maywood, IL 60153


Cintas
1201 W. St. Charles Road
Maywood, IL 60153


CITY OF CHICAGO
DEPARTMENT OF REVENUE
POB 88292
CHICAGO, IL 60680


Comcast
P.O. BOX 173885
Denver, CO 80217


COMCAST
POB 173885
DENVER, CO 80217

```
Credibly
1250 Kirts Blvd.
#100
Troy, MI 48084


DLG Management
3210 N. Halsted
#2
Chicago, IL 60657


DLG Management
3210 N. Halsted
#2
Chicago, IL 60657


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Express Funding
C/O Mark J. Miceli
8310 17th Ave.
Brooklyn, NY 11214


Finish Line Capital
c/o Mark S. Litchman
222 N LaSalle, #300
Chicago, IL 60601


Finish Line Capital
c/o Mark S. Litchman
222 N LaSalle, #300
Chicago, IL 60601


First Data
5565 Glenridge Connector NE
Ste. 2000
Atlanta, GA 30342


Funding Circle
747 Front St.
4th Floor
San Francisco, CA 94111
```

George Cocalis
4412 N River Road, 2W
Schiller Park, IL 60176


Gordon Food Service
1300 Gezon Parkway SW
Grand Rapids, MI 49501


Illinois Department of Employment
33 S. State St.
Chicago, IL 60603


ILLINOIS DEPARTMENT OF REVENUE
POB 64449
CHICAGO, IL 60664


Jack O'Connor
30 N LaSalle St
Suite 3000
Chicago, IL 60602


James Hodur
1332 N. Halsted St.
Suite 405
Chicago, IL 60642


Java Breez
7650 Industrial Dr.
Forest Park, IL 60130


Java Breez
7650 Industrial Dr.
Forest Park, IL 60130


Kabbage
925 Beachtree St. NE
Unit 1688
Atlanta, GA 30309


Kaluzni Brothers
2324 Mound Drove
Joliet, IL 60435

Litchman Mark S
222 N LaSalle
#300
Chicago, IL 60601


Manau Cutlery & Food Equipment
2533 S. Western Ave.
Chicago, IL 60608


Merchants Choice Payment Solutions
PO BOX 8339
Spring, TX 77387


Nickolas J. Cocalis
4412 River Rd.
#2W
Schiller Park, IL 60176


NuCO
PO BOX 417920
Boston, MA 02241


NuGrowth Capital FKA IBIS
10 Blue hill Plaza
Suite 1514
Pearl River, NY 10965


Pawnee Leasing Company
c/o Askunis & Darcy, P.C.
444 N Michigan, #3270
Chicago, IL 60611


Pawnee Leasing Company
c/o Askunis & Darcy, P.C.
444 N Michigan, #3270
Chicago, IL 60611


People's Gas
Special Projects
130 E. Randolph Drive
Chicago, IL 60601


People's Gas
Special Projects
130 E. Randolph Drive
Chicago, IL 60601

Pepsi Americas
Pepsi-Cola General Bottlers, Inc.
75 Remittance Dr., Ste. 1884
Chicago, IL 60675


Pepsi Americas
Pepsi-Cola General Bottlers, Inc.
75 Remittance Dr., Ste. 1884
Chicago, IL 60675


Priority Capital
174 Green Street
Melrose, MA 02176


Priority Payment Systems
2001 Westside Parkway
#155
Alpharetta, GA 30004


Republic Services, Inc.
2608 S. Damen
Chicago, IL 60608


Republic Services, Inc.
2608 S. Damen
Chicago, IL 60608


RNB Associates
351 N. Congress Ave.
Boynton Beach, FL 33426


Sysco Chicago, Inc.
250 Wieboldt Drive
Des Plaines, IL 60016


WG Financing
141 NE 3rd Ave.
Miami, FL 33132


Woodforest National Bank
POB 8339
The Woodlands, TX 77387-8339

World Business Lenders, LLC
120 W. 45th St.
29th Floor
New York, NY 10036


Yelp
Financial District, SoMa
140 New Montgomery St.
San Francisco, CA 94105


Zen Reach
1
San Francisco, CA 94129

# United States Bankruptcy Court
## Northern District of Illinois

In re  Piknick Kafe, Inc.

Debtor(s)

Case No.

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Piknick Kafe, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January  4, 2018

Date

/s/ C. DEAN MATSAS

C. DEAN MATSAS

Signature of Attorney or Litigant

Counsel for   Piknick Kafe, Inc.

C. DEAN MATSAS & ASSOCIATES

5153 N. BROADWAY
CHICAGO, IL 60640